UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

BNSF Railway Company, et al.

Plaintiff(s)

vs.   Case No.: 4:19-cv-00789-P

International Association of Sheet Metal, Air, Rail and Transportation Workers - Transportation Division

Defendant

## AFFIDAVIT OF SERVICE

I, Joshua Pitts, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Verified Complaint, Civil Cover Sheet, and Consent to Proceed Before a United States Magistrate Judge in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/25/2019 at 3:09 PM, I served International Association of Sheet Metal, Air, Rail and Transportation Workers - Transportation Division with the Summons, Verified Complaint, Civil Cover Sheet, and Consent to Proceed Before a United States Magistrate Judge at 24950 Country Club Boulevard, Suite 340, North Olmsted, Ohio 44070 by serving Ashley Burgos, Legal Assistant, authorized to accept service.

Ashley Burgos is described herein as:

Gender: Female   Race/Skin: White   Age: 30   Weight: 180   Height: 5'11"   Hair: Blonde   Glasses: No

I declare under penalty of perjury that this information is true and correct.

10/29/19
Executed On

Joshua Pitts

Client Ref Number: 387838-600016
Job #: 1569791

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| BNSF Railway Company et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:19-cv-00789-P |
| | ) | |
| International Association of Sheet Metal, Air, Rail and Transportation Workers - Transportation Division | ) ) ) | |
| *Defendant* | | |

## Summons in a Civil Action

**TO:** International Association of Sheet Metal, Air, Rail and Transportation Workers - Transportation Division
24950 Country Club Blvd., Ste. 340
North Olmsted, OH 44070

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Donald Munro
51 Louisiana Ave NW
Washington , DC 20001-2113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 10/21/2019

*Signature of Clerk or Deputy Clerk*

Civil Action No. 4:19-cv-00789-P

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____ .

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____ , who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____                                      _____
                                                                                    Server's signature

                                                                 _____
                                                                                    Printed name and title

                                                                 _____
                                                                                    Server's address

Additional information regarding attempted service, etc: